IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | *Stevens v. Monroe County Jail, et al* | Civil Action No. 3:22-CV-0103 |
| Plaintiff: | Christopher Stevens | (Judge Mariani) |
| ID: | 0018544 | |

FILED
SCRANTON

FEB 23 2022

Per_____
DEPUTY CLERK

### ORDER

The above-captioned matter was transferred to the United States District Court for the Middle District of Pennsylvania on January 19, 2022 from the United States District Court for the Eastern District of Pennsylvania. (Doc. 10).

On that same date, an Administrative Order issued in this case which informed the plaintiff that this action would not proceed unless the plaintiff, within thirty (30) days of the date of the Administrative Order, either: (1) tendered to the "Clerk, U.S. District Court" payment in the amount of $402.00, which represented a statutory filing fee in the amount of $350.00 and a $52.00 Administrative Fee; **or**, (2) filed an updated properly completed and signed application to proceed *in forma pauperis*. (Doc. 12). An application to proceed *in forma pauperis* was enclosed with the Order. (Doc. 12-1). Plaintiff was advised that failure to comply with the terms of the Administrative Order within thirty (30) days would cause this case to be dismissed without prejudice. (Doc. 12).

More than thirty (30) days have elapsed and the plaintiff has not submitted the requisite filing fee or an updated application to proceed *in forma pauperis*, nor has he requested an extension of time in which to do so.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

1. This action is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

ROBERT D. MARIANI
United States District Judge

Dated:  February 22, 2022